UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN LAQUAN TRICE, | ) | 1:08-cv-01891-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| v. | ) | REQUEST FOR EXTENSION OF TIME |
| | ) | (DOC. 4) |
| MODESTO CITY POLICE | ) | |
| DEPARTMENT, et al., | ) | ORDER DIRECTING PLAINTIFF TO FILE |
| | ) | A FIRST AMENDED COMPLAINT NO |
| Defendants. | ) | LATER THAN THIRTY DAYS AFTER TH |
| | ) | DATE OF SERVICE OF THIS ORDER |
| | ) | |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. Pending before the Court is Plaintiff's application for an extension of time within which to file a first amended complaint, filed on February 6, 2009.

Good cause appearing, IT IS ORDERED that Plaintiff's request for an extension of time IS GRANTED. Plaintiff SHALL FILE an amended complaint no later than thirty days after the date of service of this order.

Plaintiff IS INFORMED that the failure to file an amended

1

complaint in accordance with this order will be considered to be a failure to comply with an order of the Court pursuant to Local Rule 11-110 and will result in dismissal of this action. Further, failure to file an amended complaint that states a claim upon which relief may be granted will be considered to be grounds for dismissing the complaint pursuant to 28 U.S.C. § 1915A(b) and will result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   February 10, 2009**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE